UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

**CIVIL ACTION NO. 2015-200- WOB-JGW**

ELIKIM SHABAZZ                                                        PETITIONER

VS.                                       <u>ORDER</u>

CAMPBELL COUNTY DETENTION CENTER                RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 21) of the Magistrate Judge, and having considered de novo those objections and amended objections filed thereto by petitioner (Docs. 6,7), and the Court being sufficiently advised,

**IT IS ORDERED** the petitioner's motion to amend petitioner's objections to Magistrate's Report and Recommendation *nunc pro tunc* and oral hearing requested (Doc 23) be, and it hereby is, **granted as to the petitioner's amended objections** and **denied as to petitioner's oral hearing request**; that petitioner's motion to supplement amended petitioner's objections to Magistrate's Report and Recommendation (Doc. 24) be, and it hereby is, **granted**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be, and it hereby is, **dismissed**; that

this matter be **dismissed**, without prejudice, and **stricken** from the docket of this court.  A separate Judgment shall enter concurrently herewith.

This 2nd day of May, 2016.



Signed By:
*William O. Bertelsman*   WOB
United States District Judge